# United States Bankruptcy Court
## Northern District of Mississippi

In re __Haven Campus Communities - Starkville, LLC__  Case No. _____
                          Debtor(s)              Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Haven Campus Communities Starkville Member, LLC** <br> **3500 Lenox Road NE Suite 820** <br> **Atlanta, GA 30326** | | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Party** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __May 11, 2021__                    Signature __/s/ Stephen H. Whisenant__
                                                    **Stephen H. Whisenant**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.